# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRUCE WAYNE DEVRIES                                                                    PLAINTIFF

v.                                       NO. 4:18-CV-12-JLH-BD

TURNKEY HEALTH SERVICES, et al.                                                    DEFENDANTS

## ORDER

Bruce Wayne DeVries, an inmate at the Saline County Detention Center, brings this action against Turnkey Health Services, Tonya Parson, who is a nurse, and two additional nurses known to him only by their first names. Those two additional nurses have been identified as Jane Does on the docket.

United States Magistrate Judge Beth Deere has recommended that DeVries's claims against the Doe defendants be dismissed because DeVries has failed to identify and serve them within 90 days as required by Federal Rule of Civil Procedure 4(m). DeVries has objected, saying that he has requested the names of the nurses from Turnkey Health Services and that he has requested to see his medical records and pill call records, but those requests have been denied.

Rule 4(m) provides that if the plaintiff shows good cause for the failure to serve a defendant within 90 days, "the court must extend the time for service for an appropriate period." DeVries has established good cause for his failure to identify and serve the Doe defendants within 90 days. The Court therefore declines to adopt the partial recommended disposition. Document #11.

The time within which DeVries must identify and serve the Doe defendants is extended up to and including August 15, 2018. Between now and August 15, 2018, DeVries may submit interrogatories and requests for production of documents to Turnkey Health Services and request, pursuant to the Federal Rules of Civil Procedure, the identities of the Doe defendants, as well as

addresses at which they can be served. If Turnkey Health Services does not wish to provide addresses to DeVries, it may provide the addresses to the Clerk of the Court under seal.

This case is again referred to United States Magistrate Judge Beth Deere for disposition or recommended disposition, as appropriate, for all pretrial matters.

IT IS SO ORDERED this 17th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE