IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE WAYNE DEVRIES                                                    PLAINTIFF
ADC #170368

V.                          CASE NO. 4:18-CV-12-BD

TURNKEY HEALTH SERVICES, *et al*.                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is entered in favor of all Defendants. It is CONSIDERED, ORDERED, and ADJUDGED that this case be hereby DISMISSED, WITH PREJUDICE.

DATED this 28th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE